**Opinion filed April 22, 2010**



## In The

# Eleventh Court of Appeals

_____

### No. 11-10-00084-CR

_____

## SANDRA GAY RUSHTON, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 23611-A**

### M E M O R A N D U M   O P I N I O N

Sandra Gay Rushton has filed in this court a motion to dismiss her appeal.  The motion is signed by both appellant and her counsel.  The motion is granted, and the appeal is dismissed.

PER CURIAM

April 22, 2010

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.